# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAINOA LAWRENCE ALLIANIC ROBB, by and through his guardian ad litem, BRIDGETTE AGUILAR,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:12-cv-02091-SKO<br><br>**ORDER GRANTING PETITION FOR GUARDIAN AD LITEM**<br><br>(Doc. 5)<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 4) |

Plaintiff Kainoa Lawrence Allianic Robb ("Plaintiff") filed a complaint on December 28, 2012, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 4.) On the same date, Plaintiff, through his attorney, also filed a petition for appointment of his conservator, Bridgette Aguilar, as his guardian ad litem. (Doc. 5.)

On January 3, 2013, the Court issued an order requesting Ms. Aguilar to submit a declaration setting forth either her connection to the court appointed conservator, Kern County Public Conservator, or her authority to act as Plaintiff's conservator if she is not affiliated with Kern County Public Conservator. (Doc. 6.) On January 11, 2013, Ms. Aguilar filed a declaration establishing that she was appointed as Deputy Conservator/Public Guardian for Kern County on behalf of Plaintiff by the Public Guardian/Conservator of Kern County. (Doc. 7.)

Accordingly, the Court GRANTS Plaintiff's petition for the appointment of his conservator, Ms. Aguilar, as his guardian ad litem. The Court further GRANTS the application to proceed in

forma pauperis and finds that the application demonstrates entitlement to proceed without prepayment of fees.

The Court notes that the order appointing conservator by the Kern County Superior Court sets forth that "[t]he Conservatorship is established pursuant to Welfare and Institutions Code Sections 5350 et seq. and will terminate on June 19, 2013." (Doc. 5-1, p. 2.) As such, by no later than July 19, 2013, Plaintiff shall submit a status update to the Court setting forth whether Plaintiff remains under a conservatorship and continues to require a guardian ad litem.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's conservator, Bridgette Aguilar, is appointed as Plaintiff's guardian ad litem;
2. The application to proceed in forma pauperis is GRANTED;
3. The Clerk of Court is DIRECTED to issue a summons;
4. The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by Plaintiff; and
5. Plaintiff SHALL file a status update by no later than July 19, 2013, setting forth whether Plaintiff remains under a conservatorship and continues to require a guardian ad litem.

IT IS SO ORDERED.

Dated:   **January 14, 2013**                    /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE