1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAINOA LAWRENCE ALLIANIC ROBB, BY AND THROUGH HIS GUARDIAN AD LITEM, BRIDGETTE AGUILAR<br><br>            Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,[1]  Acting Commissioner of Social Security.<br><br>            Defendant. | Case No.: 1:12-cv-02091-SKO<br><br>**STIPULATION TO EXTEND TIME; ORDER THEREON** |

TO THE HONORABLE SHEILA K. OBERTO, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

-1-

1   IT IS HEREBY STIPULATED by and between the parties, through their
2   respective counsel, that Plaintiff shall have a 28-day extension of time, to and
3   including September 27, 2013, in which to file Plaintiff's Opening Brief.
4   This request is made at the request of Plaintiff's counsel to allow additional time to
5   fully research the issues presented.

DATE: August 26, 2013          Respectfully submitted,

                               LAWRENCE D. ROHLFING

                                   /s/ *Brian C. Shapiro*
                       BY: _____
                               Brian C. Shapiro
                               Attorney for plaintiff
                               Mr. Kainoa Lawrence Allianic Robb


DATE:  August 26, 2013
                               BENAJAMIN B. WAGNER
                               United States Attorney



                                   /s/*Jean Turk*
                       BY: _____
                               Jean Turk
                               Special Assistant United States Attorney
                               Attorneys for defendant Carolyn W. Colvin
                               |*authorized by e-mail|




                               **ORDER**

    IT IS HEREBY ORDERED, that:

    1.   Plaintiff shall have an extension of time, to and include **September 27, 2013,** in which to file Plaintiff's Opening Brief;

    2.   Defendant shall file a responsive brief no later than **October 31, 2013;** and

-2-

3.     Plaintiff may file an optional reply brief no later than **November 18, 2013.**

IT IS SO ORDERED.

   Dated:   **August 27, 2013**                         **/s/ Sheila K. Oberto**
                                                                                              UNITED STATES MAGISTRATE JUDGE