1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

13

EASTERN DISTRICT OF CALIFORNIA

14

15    BRIDGETTE AUGILAR,                          Case No.  1:12-cv-02091-SKO
      Guardian Ad Litem for Kainoa Lawrence
16    Allianic Robb,                              **ORDER GRANTING EXTENSION OF
                                                  TIME FOR DEFENDANT TO FILE
17               Plaintiff,                       RESPONSIVE BRIEF**

18          v.

19    CAROLYN W. COLVIN,
      Acting Commissioner of Social Security,
20
                 Defendant.
21
      _____/
22

23          On October 25, 2013, the parties filed a stipulated request that Defendant shall have until

24    November 20, 2013, to file her responsive brief.[1]   The parties' stipulated request is GRANTED.

25    Accordingly, IT IS HEREBY ORDERED that:

26          1.       Defendant shall file a responsive brief on or before November 20, 2013; and

27    _____

28    [1] The stipulated request inconsistently states that Defendant seeks an extension until December 1, 2013, to file a reply
      brief.  However, the proposed order submitted by the parties indicates November 20, 2013, as the requested extension
      date.  The December 1, 2013, date appears to have been inserted in error.  (*See* Doc. 20, 1:21.)

1         2.       Plaintiff may file an optional reply brief no later than December 9, 2013.

2

3

4     IT IS SO ORDERED.

5     Dated:    **October 28, 2013**               **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28